AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Fred Freeman | ) | |
| *Petitioner* | ) | |
| v. | ) | Civil Action No.      9:11-cv-344-DCN |
| State of South Carolina | ) | |
| *Respondent* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

❒ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__),
which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with
costs.

❒ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____
recover costs from the petitioner *(name)* _____.

■   other: The Report and Recommendation of Magistrate Judge Bristow Marchant is adopted and
incorporated.  This petition is dismissed without prejudice and without issuance or service of process upon
respondent. The petitioner shall take nothing on his petition filed pursuant to Title 28 U.S.C. § 2254.      A
certificate of appealability is denied.

This action was *(check one)*:

❒ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❒ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable David C. Norton, Chief United States District Judge.

Date:   March 17, 2011                                    *CLERK OF COURT*

                                                    S/H. Hillman
                                    _____
                                    *Signature of Clerk or Deputy Clerk*